NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AZURITY PHARMACEUTICALS, INC.,**

*Plaintiff-Appellee*

v.

**BIONPHARMA INC.,**

*Defendant-Appellant*

---

2025-1148, 2025-1149

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01962-MSG, 1:19-cv-01067-MSG, Judge Mitchell S. Goldberg.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2        AZURITY PHARMACEUTICALS, INC. v. BIONPHARMA INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

December 23, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 23, 2024